CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Attorneys for United States*

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 27 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:21-cr-00019-HDM-WGC |
| Plaintiff, | CRIMINAL INDICTMENT |
| v. | VIOLATION: |
| GAIL MANNEY, | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – Illegal Acquisition of Firearms |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**Illegal Acquisition of Firearms**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2))**

On or about April 21, 2021, in the State and Federal District of Nevada,

GAIL MANNEY,

defendant herein, in connection with the acquisition of firearms, that is: a Glock, Model 19, 9mm pistol bearing serial number BTCH296; a Glock, Model 19, 9mm pistol bearing serial number BTCG707; a Taurus, G2C, 9mm pistol bearing serial number ACC641938; a

1

JA Industries LLC., J.A. Nine, 9mm pistol bearing serial number 455951; a Beretta, APX, 9mm pistol bearing serial number AXC047031; a Beretta, APX, 9mm pistol bearing Serial No. A140035X; and a Smith & Wesson, SD40VE, .40 caliber pistol bearing Serial No. FDC4939; from Hi-Cap Firearms, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Hi-Cap Firearms, which statement was intended and likely to deceive Hi-Cap Firearms as to a fact material to the lawfulness of the sale of said firearms under Chapter 44 of Title 18, United States Code, in that GAIL MANNEY did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein GAIL MANNEY represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: this 27 day of May, 2021.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
Acting United States Attorney

MEGAN RACHOW
Assistant United States Attorney