UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00019-HDM-CSD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GAIL MANNEY, | |
| Defendant. | |

The government shall file a response to the defendant's motion to continue trial (ECF No. 35) no later than October 6, 2022.

IT IS SO ORDERED.

DATED: This 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE