JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>GAIL MANNEY,<br><br>               Defendant. | Case No. 3:21-CR-00019-HDM-CSD<br>ORDER GRANTING<br>**STIPULATION TO EXTEND TIME**<br>**TO FILE RESPONSE TO MOTION**<br>**TO SUPPRESS EVIDENCE [ECF #32]**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Jason M. Frierson, United States Attorney for the District of Nevada, Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Kate Berry, Assistant Federal Public Defender, counsel for Defendant Gail Manney, to extend the time in which the Government's Response to the Defendant's Motion to Suppress Evidence [ECF #32] is due from October 7, 2022, to October 11, 2022. Defendant's Replies to the Government's Response would then be due on October 18, 2022, however, the Government would not object if the defendant needed additional time to respond. This is the first request for an extension. Trial is currently set for November 7, 2022 although Defendant has filed a motion

1    for a brief trial continuance (ECF 35). Government counsel is respectfully requesting an

2    additional four days to file its response due to government's counsel being out of the country

3    from September 22, 2022 through October 2, 2022. As such, the parties are stipulating to a

4    short extension of the Government's response date from October 7, 2022 until October 11,

5    2022. Additionally, the parties are stipulating that Defendant will have until October 18,

6    2022 to file her reply. The additional time requested for the filing the responses is requested

7    mindful of the current trial date of November 7, 2022, the exercise of due diligence, in the

8    interests of justice, and not for any purpose of delay.

9

10    DATED: October 5, 2022.

11        JASON M. FRIERSON              RENE L. VALLADARES
                 United States Attorney             Federal Public Defender

12

13        */s/ Megan Rachow*               */s/ Kate Berry*
                 MEGAN RACHOW                KATE BERRY
                 Assistant United States Attorney     Assistant Federal Public Defender

14                                                  Counsel for Defendant

15      The parties' stipulation for extension of time is granted nunc pro tunc to October 7,
   2022.

16       IT IS SO ORDERED.

17

18       DATED: This 11 day of October, 2022.

19                                             HON. HOWARD D. MCKIBBEN
                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24