RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for GAIL MANNEY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL MANNEY,<br><br>    Defendant. | Case No. 3:21-cr-00019-HDM-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>**(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender KATE BERRY, counsel for GAIL MANNEY and United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the UNITED STATES OF AMERICA, that the Revocation of Pretrial Release Hearing set for October 25, 2022, at 3:00 PM, be vacated and continued to November 2, 2022, at 3:00 PM.

　　　　This Stipulation is entered into for the following reasons:

1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.  Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.  Mr. Manney is currently on bond

4.  The parties agree to the continuance.

5.  This is the first request for a continuance.

DATED this 18th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Kate Berry*<br>   KATE BERRY<br>   Assistant Federal Public Defender<br>   Counsel for GAIL MANNEY | By */s/ Megan Rachow*<br>   MEGAN RACHOW<br>   Assistant United States Attorney<br>   Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation of Pretrial Release Hearing currently set for October 25, 2022, at 3:00 PM, be vacated and continued to November 2, 2022, at 3:00 PM.

DATED this __20th__ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE