UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 3:21-cr-00019-HDM-CSD |
| vs. | ) ) ) | MINUTES OF COURT |
| GAIL MANNEY, | ) ) | November 30, 2022 |
| Defendant. | ) ) | |

**PROCEEDINGS: JURY TRIAL (DAY TWO)**

**PRESENT:**
<u>THE HONORABLE HOWARD D. McKIBBEN</u>, SENIOR U.S. DISTRICT JUDGE

**Deputy Clerk:** <u>Paris Rich</u>     **Reporter:** <u>Donna Prather</u>

**Counsel for Plaintiff:**   <u>Megan Rachow, AUSA and Andrew Keenan, AUSA</u>

**Counsel for Defendant:**   <u>Kate Berry, AFPD and Chris Frey, AFPD</u>

At 9:09 a.m., the Court convenes.

The Defendant (on bond) is present with counsel. Christian Filipiak, APFD Investigator, is also present at counsel table.

The Government's counsel is present with Joshua Caron, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives.

JOSHUA CARON, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), called on behalf of the Government, remaining under oath, resumes the witness stand, is examined on redirect by Ms. Rachow, examined by the Court, recross-examined by Mr. Frey, and excused.

The Government rests.

At 9:28 a.m., the jury is admonished and excused for a brief recess.

Outside the presence of the jury, Ms. Berry recites the Defendant's Rule 29 Motion. The Court recites findings. **IT IS ORDERED that the Defendant's Rule 29 Motion is DENIED. IT IS SO ORDERED.**

Ms. Berry addresses the Defendant's upcoming witnesses.

The Court canvasses the Defendant regarding her privilege against self-incrimination. The Defendant confirms it is her decision to testify. The Defendant further confirms she is freely and voluntarily waiving her privilege against self-incrimination. The Court accepts the Defendants representations regarding her decision to testify.

At 9:39 a.m. the jury enters the courtroom. All jurors are present.

JIMMY LEE BROWN, called on behalf of the Defendant, is sworn, examined on direct by Ms. Berry, cross-examined by Ms. Rachow, examined on redirect by Ms. Berry, recross-examined by Ms. Rachow, examined on redirect by Ms. Berry, and excused.

At 10:12 a.m., the jury is admonished and excused. The Court stands at recess.

At 10:54 a.m., the Court reconvenes. All parties are present.

The jury enters the courtroom. All jurors are present.

GAIL MANNEY, called on behalf of the defendant, is sworn, examined on direct by Ms. Berry, and released subject to recall.

At 12:09 p.m., the jury is admonished and excused for the lunch recess. The Court stands at recess.

At 1:05 p.m., the Court reconvenes. All parties are present.

The jury enters the courtroom. All jurors are present.

GAIL MANNEY, called on behalf of the defendant, resumes the witness stand, is further examined on direct by Ms. Berry, cross-examined by Ms. Rachow, and released subject to recall.

**IT IS ORDERED that the Defendant's Exhibit 501-C is received into evidence.**

**IT IS FURTHER ORDERED that the Government's Exhibit 7 is received into evidence.**

At 2:32 p.m., the jury is admonished and excused for the afternoon recess.

Outside the presence of the jury, the Court and counsel discuss the remaining trial schedule.

At 2:35 p.m., the Court stands at recess.

At 2:51 p.m., the Court reconvenes. All parties are present.

The jury enters the courtroom. All jurors are present.

The Court discusses the remaining trial schedule with the jurors.

GAIL MANNEY, called on behalf of the defendant, resumes the witness stand, is further cross-examined by Ms. Rachow, examined on redirect by Ms. Berry, and excused.

USA v. GAIL MANNEY  
3:21-cr-00019-HDM-CSD

November 30, 2022  
Page 3 of 4

---

**IT IS ORDERED that the Government's Exhibit 6 is received into evidence.**

CAMRI MANNEY, called on behalf of the Defendant, is sworn, examined on direct by Ms. Berry, cross-examined by Ms. Rachow, examined on redirect by Ms. Rachow, examined by the Court and excused.

**IT IS ORDERED that the Defendant's Exhibits 511 and 512 are received into evidence.**

The Defense rests.

The Government presents rebuttal.

RICHARD JASON MOORE, called on behalf of the Government for purposes of rebuttal and remaining under oath, retakes the witness stand, is examined on direct by Ms. Rachow, cross-examined by Mr. Frey, examined on redirect by Ms. Rachow, recross-examined by Mr. Frey, and excused.

The Government rests.

The Court advises the jury regarding the remaining trial schedule.

At 4:12 p.m., the jury is admonished and excused until Thursday, December 1, 2022 at 9:00 a.m.

Outside the presence of the jury, the Court provides counsel with the proposed jury instructions and proposed verdict form.

At 4:16 p.m., the Court stands at recess.

At 4:33 p.m., the Court and counsel discuss the jury instructions off the record.

At 4:45 p.m., the Court reconvenes on the record outside the presence of the jury.

Ms. Berry recites Rule 29 motion following the Defendant's case and the Government's rebuttal. Ms. Rachow responds.   The Court recites findings.   **IT IS ORDERED the Defendant's Rule 29 Motion is DENIED.**

Ms. Rachow renews the Government's objection to the Defendant's Exhibit 513.   Ms. Berry has no objection to the withdrawal of Exhibit 513.   **IT IS ORDERED that the Defendant's Exhibit 513 is withdrawn.**

The Court and counsel discuss the possibility of weather affecting the jurors reporting for tomorrow, December 1, 2022.   The parties stipulate that if an alternate juror is not able to come in due to weather, the alternate will be released by the Court.

The Court recites closing comments of appreciation to counsel.

**IT IS ORDERED that Jury Trial (Day Three) is set for Thursday, December 1, 2022 at 8:45 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.   IT IS SO ORDERED.**

The Defendant is continued on all present terms of release.

At 4:54 p.m., the Court adjourns.

                                           DEBRA K. KEMPI, CLERK

                                        By: /s/ Paris Rich
                                                Deputy Clerk