RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for GAIL MANNEY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>GAIL MANNEY,<br><br>         Defendant. | Case No. 3:21-cr-00019-HDM-CSD<br>ORDER GRANTING<br>**STIPULATION TO CONTINUE MOTION HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for GAIL MANNEY and JASON M. FRIERSON, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Motion hearing set for January 25, 2023, at 10:00 AM, be vacated and continued to February 22, 2023, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a request by counsel for the Defendant to accommodate a scheduling conflict with no objection from counsel for the Government.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Ms. Manney is on bond and agrees to the continuance.

4. This is the first request for continuance of the Motion hearing.

DATED this 18th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Kate Berry*<br>     KATE BERRY<br>     Assistant Federal Public Defender<br>     Counsel for GAIL MANNEY | By  */s Megan Rachow*<br>     MEGAN RACHOW<br>     Assistant United States Attorney<br>     Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Motion Hearing currently set for January 25, 2023, at 10:00 AM, be vacated and continued to **February 22, 2023, at 10:00 AM.**

DATED this  20th  day of January, 2023.

_____
HOWARD D. MCCKIBBEN
UNITED STATES DISTRICT JUDGE