# United States District Court

## District of Nevada

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Gail Manney,<br><br>      Defendant. | Case No. 3:21-cr-00019-HDM-CSD<br><br>**Order Permitting Copies of Non-Public Docket for Appellate Purposes** |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Gail Manney and counsel for the United States of America.

**Dated**:  April 21, 2023.

_____
U.S. DISTRICT COURT JUDGE