UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:21-cr-00019-HDM-CSD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GAIL MANNEY, | |
| Defendant. | |

The defendant's unopposed motion for copies of sealed documents (ECF No. 130) is GRANTED. The Clerk of Court shall provide to counsel for the defense and counsel for the government copies of: (1) ECF No. 91; (2) ECF No. 95; and (3) ECF No. 110.

IT IS SO ORDERED.

DATED: This 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE