UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br>GAIL MANNEY,<br><br>　　　　　　　Defendant. | Case No. 3:21-cr-00019-HDM-CSD<br><br>ORDER |

　　On August 19, 2024, the Ninth Circuit remanded this matter to the court for re-imposition of the standard conditions of supervised release in accordance with *United States v. Montoya*, 82 F.4th 640 (9th Cir. 2023) (en banc). The record reflects that on May 14, 2024, the Probation Department in the Eastern District of California reviewed with the defendant the standard conditions of supervised release imposed by this court in its judgment dated March 28, 2023, and that the defendant acknowledged reviewing the conditions and receiving a written copy thereof. Unfortunately, the parties failed to bring this to the attention of the Ninth Circuit before that court issued its order vacating the imposition of the standard conditions three months later. The court concludes that the defendant's review and acknowledgement of the standard conditions of supervised release with her probation officer meets the requirements of *Montoya*, that the defendant therefore is bound to comply with the standard conditions of supervised release, and that this resolves the issue on remand from the Ninth Circuit Court of Appeals. IT IS SO ORDERED.

　　DATED: This 25th day of June, 2025.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE